# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT - SOUTHERN OF CALIFORNIA**

| | |
|---|---|
| MAX ARAGON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CVS PHARMACY, INC., and DOES 1 to 100, Inclusive,<br><br>　　　　Defendants. | Civil No.: 8:21-cv-02025-CJC(KESx)<br>Assigned to District Judge Cormac J. Carney, for all purposes including trial<br><br>**ORDER STIPULATION TO REMAND CASE TO SUPERIOR COURT**<br><br>TRIAL DATE: None Set<br>ACTION FILED: 11/05/21 |

IT IS HEREBY ORDERED that:

　　1.　The matter is REMANDED to Superior Court of the State of California, County of Orange for all further proceedings;

　　2.　Upon remand, Defendant, Garfield Beach CVS, L.L.C. will file a responsive pleading within 10 days of receipt in the Superior Court.

　　3.　Each party will bear their own attorneys' fees and costs, if any, associated with the remand.

**IT IS SO ORDERED.**

Date: February 7, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JUDGE CORMAC J. CARNEY,
　　　　　　　　　　　　　　　　　　United States District Judge